# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEONARD PAUL SULLIVAN,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 72179

FILED

MAR 27 2017

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for medical release. Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

---

[1]In light of this order, we take no action on the pro se letter filed on February 6, 2017.

cc: Hon. Jessie Elizabeth Walsh, District Judge
Leonard Paul Sullivan
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Gregory & Waldo

SUPREME COURT
OF
NEVADA

(O) 1947A